LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049-1633
Telephone:   (310) 471-3000
Facsimile:    (310) 471-7990
lplotkin@lsl-la.com / jmertens@lsl-la.com

Attorneys for Plaintiff
BLX CAPITAL, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLX CAPITAL, LLC. | Case No.  2:09-CV-02356-WBS-EFB |
| Plaintiff, | |
| vs. | **STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND TO DISCLAIM INTEREST IN SUBJECT OF PROCEEDING; ORDER THEREON** |
| DARA PETROLEUM, INC., ET AL., | |
| Defendants. | |

This stipulation is made by and between Plaintiff BLX Capital, LLC ("BLX") and defendant Exxon Mobil Corporation ("Exxon"), by and through their respective counsel of record, with respect to the following facts:

1. On November 2, 2009, BLX filed a Request for Entry of Default against Exxon.

2. On Wednesday, November 4, 2009 Exxon contacted BLX requesting waiver of the default.

3. BLX has no objection to waiving the default of Exxon.

4. Exxon will disclaim all interest in the property at issue in this action.

NOW, THEREFORE, IT IS STIPULATED as follows:

1. BLX hereby waives default against Exxon.

2. Exxon hereby disclaims any and all interest in the property at issue in this action.

3. Exxon shall not be required to make any further appearance or participate in any way in this action with respect to the complaint filed herein by BLX.

STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND TO DISCLAIM INTEREST IN
SUBJECT OF PROCEEDING; ORDER THEREON

1

2      DATED:  November 5, 2009                    LEO D. PLOTKIN
                                                    JOHN P. MERTENS
3                                                   LEVY, SMALL & LALLAS
                                                    A Partnership Including Professional
4                                                   Corporations

5
                                                    By:  /s/_____
6                                                       LEO D. PLOTKIN
                                                        Attorneys for Plaintiff
7                                                       BLX CAPITAL, LLC

8

9                                                   EXXON MOBIL CORPORATION

10

11                                                  By:/s/_____
                                                       CRAIG WHITNEY, COUNSEL
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2
        STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND TO DISCLAIM INTEREST IN
                      SUBJECT OF PROCEEDING; ORDER THEREON

1

## **ORDER**

2      Good cause appearing and the parties having so stipulated, IT IS HEREBY

3  ORDERED:

4      1. That the Default entered against Exxon Mobil Corporation is hereby set

5         aside.

6      2. Exxon Mobil Corporation holds no claims on the property at issue in this

7         action.

8      3. Exxon Mobil Corporation shall not be required to make any further

9         appearance or participate in any way in this action with respect to the

10        complaint filed herein by BLX Capital, LLC.

11

12  Dated:  November 12, 2009

13

14  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND TO DISCLAIM INTEREST IN
SUBJECT OF PROCEEDING; ORDER THEREON