Jeffrey S. Kravitz  (SBN 186209)
KRAVITZ LAW OFFICE
2310 J. Street, Suite A
Sacramento, CA 95816
Ph:  916-553-4072
Fax: 916-553-4074

KravitzLaw@aol.com

Attorney for Defendant:
NARGES EGHTESADI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLX CAPITAL, LLC,<br>a Delaware limited liability company,<br>                Plaintiff,<br><br>v.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California Corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; EXXON MOBIL CORPORATION f/k/a/ EXXON CORPORATION, a New Jersey corporation; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br>      Defendants, | Case No.: 2:09-cv-02356 – WBS-EFB<br><br>ORDER RE:<br><br>STIPULATION TO LIFT DEFAULT OF NARGES EGHTESADI |

ORDER

The matter having been stipulated to by the parties, this Court finds good cause pursuant to FRCP 55(c) to set aside the default of NARGES EGHTESADI entered on September 22, 2009.

It is further ordered that NARGES EGHTESADI shall file a responsive pleading to the complaint filed by the Plaintiff BLX CAPITAL, LLC within seven days of the Court filing this signed order.

_____
STIPULATION EGHTESADI                - 1 -

1  DATED: November 19, 2009

2

3

4

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
STIPULATION EGHTESADI           - 2 -