JEFFREY S. KRAVITZ  [SBN: 186209]
**KRAVITZ LAW OFFICE**
2310 J Street, Suite A
Sacramento, CA 95816
Telephone:  (916) 553-4072
Facsimile:   (916) 553-4074
E-mail:       KravitzLaw@aol.com

ATTORNEY FOR DEFENDANT:
DARA PETROLEUM Inc., S. Kang and N. Eghtesadi

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLX CAPITAL, LLC<br>        Plaintiff,<br><br>v.<br><br>DARA PETROLEUM INC., et.al,<br><br>        Defendants, | **Case No.:** 09-cv-02356-WBS-EFB<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

**TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that from December 14, 2009 to January 5, 2010, Jeffrey S. Kravitz, attorney of record for Defendants DARA PETROLEUM Inc., S. Kang and N. Eghtesadi,  is unavailable for any purpose whatsoever, including, but not limited to, making personal appearances, responding to ex parte applications, appearing in court or attending depositions.

1  The intentional scheduling of a proceeding during this time period, without good
2  cause, is sanctionable conduct under *Tenderloin Housing Clinic v. Sparks* (1992) 8
3  Cal.App.4th 299.
4
5  Date:  December 1, 2009        By:_____/s/_____
6                                        Jeff Kravitz
                                         Attorney for Defendant