LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049-1633
Telephone:  (310) 471-3000
Facsimile:   (310) 471-7990
lplotkin@lsl-la.com / jmertens@lsl-la.com

Attorneys for Plaintiff
BLX CAPITAL, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLX CAPITAL, LLC.<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DARA PETROLEUM, INC., ET AL.,<br><br>　　　　　Defendants. | Case No.  2:09-CV-02356-WBS-EFB<br><br>**STIPULATION TO EXTEND DATE FOR RESPONSIVE PLEADING TO COUNTERCLAIMS; ORDER THEREON** |

**STIPULATION TO EXTEND DATE FOR RESPONSIVE PLEADING TO
COUNTERCLAIMS; ORDER THEREON**

This stipulation is made by and between Plaintiff BLX Capital, LLC ("BLX") and defendants Dara Petroleum, Inc. ("Dara"), Sarbjit S. Kang ("Kang"), and Narges Eghtesadi ("Eghtesadi" and collectively with Dara and Kang, "Defendants"), by and through their respective counsel of record, with respect to the following facts:

1. On October 30, 2009, defendants Dara and Kang filed an Answer to Complaint and Counterclaim against BLX (the "Dara/Kang Counterclaim").
2. On November 24, 2009, defendant Eghtesadi filed an Answer to Complaint and Counterclaim against BLX (the "Eghtesadi Counterclaim").
3. Defendants have filed a Notice of Unavailability of Counsel effective from December 14, 2009 to January 5, 2010.
4. BLX requests additional time to file a responsive pleading.
5. Defendants agree to the extension of time to file a responsive pleading to the Dara/Kang Counterclaim and the Eghtesadi Counterclaim.

NOW, THEREFORE, IT IS STIPULATED as follows:

1. BLX shall have until January 7, 2010 to file a responsive pleading to both the Dara/Kang Counterclaim and the Eghtesadi Counterclaim.

DATED: December 3, 2009

LEO D. PLOTKIN
JOHN P. MERTENS
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By: /s/ John P. Mertens
    JOHN P. MERTENS
    Attorneys for Plaintiff
    BLX CAPITAL, LLC

DATED: December 3, 2009

JEFFREY S. KRAVITZ
KRAVITZ LAW OFFICE

By: /s/ Jeffrey Kravitz
    JEFFREY KRAVITZ
Attorneys for Defendants
DARA PETROLEUM, INC., S. KANG, N. EGHTESADI

# **ORDER**

Good cause appearing and the parties having so stipulated, IT IS HEREBY ORDERED that plaintiff BLX Capital, LLC shall have until January 7, 2010 to file responsive pleadings to the Counterclaims of defendants Dara Petroleum, Inc., Sarbjit S. Kang, and Narges Eghtesadi.

Dated: December 3, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE