1 | BENJAMIN B. WAGNER
United States Attorney
2 | BOBBIE J. MONTOYA
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814-2322
4 | Telephone: (916) 554-2775

5 | Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLX CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; EXXON MOBIL CORPORATION f/k/a EXXON CORPORATION, a New Jersey corporation; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09-CV-02356-WBS-EFB<br><br>UNITED STATES OF AMERICA'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND PLEADINGS TO SUBSTITUTE REAL PARTY IN INTEREST AS PLAINTIFF (E.D. Cal. R. 230(c))<br><br>Date:   April 12, 2010<br>Time:   2:00 p.m.<br>Courtroom:   5 |
| UNITED STATES OF AMERICA,<br><br>Cross-Plaintiff,<br><br>v.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; NARGES EGHTESADI; an individual; SARBJIT S. KANG, an individual; EXXON MOBIL CORP. f/k/a EXXON CORP., a New Jersey corporation;<br><br>Cross-Defendants. | |

United States of America's Statement of Non-
Opposition to Plaintiff's Motion to Amend Pleadings              1

1  On March 1, 2010, plaintiff BLX Capital, LLC ("plaintiff"), filed a motion to amend the
2  pleadings to substitute real party in interest as plaintiff. Docs. #41-43. The United States of
3  America, on behalf of the Small Business Administration, does not oppose plaintiff's motion.

                                                     Respectfully submitted,

DATED: March 26, 2010                  BENJAMIN B. WAGNER
                                                    United States Attorney

                                                       */s/ Bobbie J. Montoya*
                               By: _____
                                                 BOBBIE J. MONTOYA
                                                 Assistant U.S. Attorney

                                                 Attorneys for the United States of America

OF COUNSEL:

JILL C. HOBBY
District Counsel
Sacramento District Office
6501 Sylvan Road, Suite 100
Citrus Heights, CA 95610