LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 471-3000
Facsimile: (310) 471-7990

Attorneys for Plaintiff HSBC Bank USA,
National Association, as Indenture Trustee
for the benefit of the Noteholders and the
Certificateholders of Business Loan
Express Business Loan Trust 2005-A

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A,<br><br>Plaintiff,<br><br>vs.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09-cv-02356-WBS-EFB<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

-1-

This Stipulation is entered into by and between plaintiff HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A ("HSBC as Trustee"), successor in interest to BLX Capital, LLC ("BLX"), and defendants Dara Petroleum, Inc. dba Watt Avenue Exxon ("Dara"), Sarbjit S. Kang ("Kang"), Narges Eghtesadi ("Eghtesadi" and together with Kang the "Guarantors"), as follows:

## RECITALS

A. BLX filed this action in the Superior Court of the State of California for the County of Sacramento, to enforce its rights under a certain Loan Agreement and related documents (collectively, the "Loan Documents") entered into between, variously, BLX, Dara and the Guarantors on or about June 11, 2004 and July 29, 2004.

B. This action was removed to this Court on August 24, 2009 by defendant the U.S. Small Business Administration (the "SBA"). The SBA is a junior lienholder with respect to the property at issue herein.

C. On April 13, 2010, pursuant to an Order entered by this Court, HSBC as Trustee was substituted in place of BLX as plaintiff herein.

D. On __1/5/11__, HSBC as Trustee, on the one hand, and Dara and the Guarantors, on the other hand, entered into that certain Settlement Agreement (the "Settlement Agreement"), pursuant to which HSBC as Trustee, Dara, and the Guarantors agreed to certain terms and conditions under which Dara and the Guarantors could satisfy their obligations to HSBC as Trustee. Additionally, the Settlement Agreement set forth certain conditions upon which HSBC as Trustee could file a Stipulation for Judgment with this Court.

## STIPULATION

Based on the foregoing recitals, HSBC as Trustee, on the one hand, and Dara and the Guarantors, on the other hand, by through their respective counsel of record herein, hereby stipulate and agree that, subject to the terms and conditions described in the Settlement Agreement, HSBC as Trustee, Dara and the Guarantors agree to dismiss the complaint filed in this action without prejudice, and the crosscomplaints filed in this action with prejudice, and request that this Court retain jurisdiction over the parties to enforce the terms of the Settlement Agreement. Such jurisdiction to include the entry of judgment in favor of HSBC as Trustee and against Dara and the Guarantors pursuant to a stipulation.

**IT IS SO STIPULATED.**

DATED: January 5, 2011

By: _Albert Bright_
Title: _Vice President_
Ciena Capital, LLC, solely in its capacity as servicer for HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A

DATED: 12/6, 2010
DARA PETROLEUM, INC.

By: _____
Azad Amiri, President

DATED: 12/8, 2010

_____
Sarbjit Kang, an Individual

DATED: Dec 13, 2010

_____
Narges Eghtesadi, an Individual

*[Signatures Continue on Following Page]*

-3-

Based on the foregoing recitals, HSBC as Trustee, on the one hand, and Dara and the Guarantors, on the other hand, by through their respective counsel of record herein, hereby stipulate and agree that, subject to the terms and conditions described in the Settlement Agreement, HSBC as Trustee, Dara and the Guarantors agree to dismiss the complaint filed in this action without prejudice, and the crosscomplaints filed in this action with prejudice, and request that this Court retain jurisdiction over the parties to enforce the terms of the Settlement Agreement. Such jurisdiction to include the entry of judgment in favor of HSBC as Trustee and against Dara and the Guarantors pursuant to a stipulation.

**IT IS SO STIPULATED.**

DATED: November __, 2010

By:_____
Title:_____
Ciena Capital, LLC, solely in its capacity as servicer for HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A

DATED: 12/6, 2010
DARA PETROLEUM, INC.

By:_____
Azad Amiri, President

DATED: 12/8, 2010

_____
Sarbjit Kang, an Individual

DATED: Dec 13, 2010

_____
Narges Eghtesadi, an Individual

*[Signatures Continue on Following Page]*

-3-

APPROVED AS TO FORM AND CONTENT

DATED: ~~November ___, 2010~~ January 5, 2011

LEO D. PLOTKIN
JOHN P. MERTENS
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By: _____
   JOHN P. MERTENS
Attorneys for Plaintiff
HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A

DATED: ~~November~~ Dec 15, 2010

JEFF KRAVITZ
KRAVITZ LAW OFFICE

By: _____
   JEFF KRAVITZ
Attorneys for Defendants
DARA PETROLEUM, INC., SARBJIT KANG, and NARGES EGHTESADI

25993-1

-4-

# PROOF OF SERVICE

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On January 6, 2011 I served the foregoing document entitled **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

## *See Attached Service List*

☒ By Service of Court via Notice of Electronic Filing ("NEF") Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated on the attached service list.

☒ **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed January 6, 2011 at Los Angeles, California.

_____
Heidi Gray

# SERVICE LIST

Jeffrey S. Kravitz, Esq.
KRAVITZ LAW OFFICE
2310 J. Street, Suite A
Sacramento, CA 95816
Kravitzlaw@aol.com


Lawrence G. Brown
United States Attorney
Bobbie J. Montoya
Assistant U.S. Attorney
501 I. Street, Suite 10-100
Sacramento, CA 95814-2322
Bobbie.Montoya@usdoj.gov

PROOF OF SERVICE