1  BENJAMIN B. WAGNER
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2775

5  Attorneys for Cross-Plaintiff
   United States of America
6

7               IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A, | Case No. 2:09-CV-02356-WBS-EFB |
| Plaintiff, | STIPULATION AND ORDER FOR ENTRY OF JUDGMENT ON THE UNITED STATES OF AMERICA'S CROSSCLAIM |
| v. | |
| DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Cross-Plaintiff, | |
| v. | |
| DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; NARGES EGHTESADI; an individual; SARBJIT S. KANG, an individual; | |
| Cross-Defendants. | |

////

1

**STIPULATION FOR ENTRY OF JUDGMENT**
**ON THE UNITED STATES OF AMERICA'S CROSSCLAIM**

The parties hereby stipulate and request that the Court enter judgment for cross-plaintiff United States of America as provided below.

FOR THE UNITED STATES OF AMERICA:

DATED: December 8, 2010              BENJAMIN B. WAGNER
                                     United States Attorney

                                         */s/ Bobbie J. Montoya*
                                 By:  _____
                                     BOBBIE J. MONTOYA
                                     Assistant U.S. Attorney

                                     Attorneys for the United States of America

                                     OF COUNSEL:

                                     JILL C. HOBBY
                                     District Counsel
                                     U.S. Small Business Administration
                                     6501 Sylvan Road, Suite 100
                                     Citrus Heights, CA 95610

FOR CROSS-DEFENDANTS:

                                     */s/ Azad Amiri* (original signature retained by USA counsel)
DATED: October 7, 2010               _____
                                     AZAD AMIRI
                                     President and authorized agent on behalf of
                                     Dara Petroleum, Inc., dba Watt Avenue Exxon

                                     */s/ Narges Eghtesadi* (original signature retained by USA counsel)
DATED: October 7, 2010               _____
                                     NARGES EGHTESADI


DATED: October 7, 2010               KRAVITZ LAW OFFICE

                                     */s/ Jeffrey S. Kravitz* (original signature retained by USA counsel)
                                     _____
                                     JEFFREY S. KRAVITZ

                                     Attorneys for Cross-Defendants
                                     Dara Petroleum, Inc. and Narges Eghtesadi

**ORDER**

Judgment is hereby entered for cross-plaintiff United States of America and against cross-defendants Dara Petroleum, Inc., dba Watt Avenue Exxon, a California corporation, and Narges Eghtesadi, jointly and severally, for the balance owed on the Note (CDC/504 Loans), to wit, as of September 15, 2010, the principal sum of $492,766.71 and interest in the amount of $38,368.51, for a total of $531,135.22, plus a daily accrual of $68.34 in interest to the date of judgment, together with attorney's fees and costs in the amount of 10% pursuant to 38 U.S.C. § 3011.

Post-judgment interest shall accrue at the legal per annum percentage rate in effect at the time of its entry, computed daily and compounded annually until paid, pursuant to 28 U.S.C. § 1961, beginning on the date this judgment is entered.

The Clerk is directed to enter a separate judgment hereon, in accordance with Rule 58, Fed. R. Civ. P.

IT IS SO ORDERED.

DATED:  January 7, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE