# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**HSBC BANK USA, ET AL.,**

CASE NO: **2:09–CV–02356–WBS–EFB**

v.

**DARA PETROLEUM, INC., ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 1/10/2011**

**Victoria C. Minor**
Clerk of Court

ENTERED: **January 10, 2011**

by: /s/ L. Reader
Deputy Clerk