LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049
Telephone:   (310) 471-3000
Facsimile:    (310) 471-7990

Attorneys for Plaintiff HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A,<br><br>Plaintiff,<br><br>vs.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09-cv-02356-WBS-EFB<br><br>**JUDGMENT OF FORECLOSURE AND ORDER OF SALE** |

1

Pursuant to the Stipulation for Judgment of Foreclosure and Order of Sale entered into by and between plaintiff HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A ("HSBC as Trustee"), successor in interest to BLX Capital, LLC ("BLX"), and defendants Dara Petroleum, Inc. dba Watt Avenue Exxon ("Dara"), Sarbjit S. Kang ("Kang"), Narges Eghtesadi ("Eghtesadi" and together with Kang the "Guarantors"),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. HSBC as Trustee shall have judgment against Dara and the Guarantors (collectively, "Obligors"), jointly and severally, as herein provided.

2. Obligors, and each of them, jointly and severally, are indebted to HSBC as Trustee in the following sums:

   a. Principal, accrued interest, late fees, attorney's fees and costs and other chargeable expenses incurred as of January 10, 2012, in the total amount of $ 985,776.75;

   b. Interest accruing from and after January 11, 2012 at the daily rate of $ 263.64 through the date of entry of the Judgment;

   c. Actual costs of foreclosure and sale hereunder; and

   d. Interest on the amounts set forth in subparagraphs (a) through (c) above (which together shall be referred to hereinafter as the "Indebtedness") at the rate of 10% per annum from the date of entry of the Judgment.

3. The real and personal property hereinafter described may be sold in the manner prescribed by law, and the Order of Sale will issue to the Sheriff of the County of Sacramento, ordering and directing him or her to conduct such sale.

1      4.    From the proceeds of the sale, the Sheriff shall pay to HSBC as Trustee, after deducting the actual costs and expenses of sale, the sums adjudged due.

    5.    The following property is the subject of this Judgment of Foreclosure:

    a.    Dara's interest in certain real property commonly known as 3449 El Camino Avenue, Sacramento, California 95821 ("Property"), together with all buildings and improvements thereon, including the fixtures, attachments, appliances, equipment, machinery and other articles attached thereto and Dara's personal property and other assets associated with the Property (the "Collateral").

    b.    The Property is legally described as follows:

PARCEL 1:

The South 200 feet of the East 250 feet of Lot 245 of Del Paso Park View Tract No. 2 according to the official plat thereof, filed in the office of the Recorder of Sacramento County, California, on June 7,1913, in Book 14 of Maps, Map No. 33.

The Subdivision of said Lot 245 being made on the basis that the lot area included one-half of the adjoining roads.

PARCEL 2:

The North 10482 feet of the South 304.82 feet of the East 250 feet of Lot *245* of Del Paso View Tract No- 2, according to the official plat thereof filed in the office of the County Recorder of Sacramento County, California on June 7,1913, in Book 14 of Maps, at page *33*.

EXCEPTING THEREFROM that portion thereof lying within that certain parcel described in the "Certification of Compliance-Lawfiul Parcel" issued by the County Surveyor of Sacramento County, dated September 14, 1988, and recorded September 16, 1988, in Book 880916, page I001,Official Records, more particularly described as follows:

Beginning at a point on the East line of said Lot 245 and the center line of Waft Avenue, located North 01 degrees 45 minutes 30 seconds West 230.00 feet from the Southeast corner of said Lot 245 said Southeast corner being the intersection of the center lines of Waft Avenue and El Camino Avenue, as shown on said plat, thence from said point of beginning parallel with the South line of Lot 245, South 89 degrees 02 minutes 30 seconds West 250~00 feet; thence parallel with the East line of said Lot 245, North 01 degrees 46 minutes 30

seconds West 74.82 feet; thence parallel with the South line of said Lot 245 North 89 degrees 02 minutes 30 seconds East 250~00 feet to the East line of said Lot 245 arid the center line of said Watt Avenue; thence along said East line South 01 degrees 46 minutes 30 seconds East 74.82 feet to the point of beginning.

The subdivision of said Lot 245 being made on the basis that the lot area included one-half of the adjoining road.

6. If any surplus remains after making the payments specified in paragraph 2 above, the surplus shall be paid to Dara.

7. The Court shall retain jurisdiction to determine the amount of any deficiency after the sale, in accordance with section 726(b) of the California Code of Civil Procedure, and to enter a Deficiency Judgment against Dara and the Guarantors, jointly and severally, which shall reflect the amount so determined.

8. Having sold any and all rights of redemption with respect to the Property and Collateral (or any part of it) to HSBC as Trustee, Obligors, and each of them, are forever barred from any right of redemption.  At the time of the sale, upon HSBC as Trustee's surrender to the Sheriff of the rights of redemption purchased by HSBC as Trustee from the Obligors, the Sheriff may immediately execute a deed of sale to the purchaser, who may then take possession of the Property and Collateral, or the part thereof so purchased, if necessary with the assistance of the Sheriff of Sacramento County.

9. Obligors, and all persons claiming from or under them, or any one or more of them, and all persons having liens subsequent to those of HSBC as Trustee by judgment or decree on the Property and Collateral (or any part of it), and their personal representatives, and all persons having any lien or claim by or under such subsequent judgment or decree, and their heirs or personal representatives, and all persons claiming to have acquired any estate or interest in the Property and Collateral (or any part of it) subsequent to the recording of the notice of pendency of this action with the Sacramento County Recorder, are forever barred and foreclosed from all equity of redemption in and claim to the Property and

Collateral, and every part thereof, from and after delivery of the deed of sale by the Sheriff.

DATED:  January 13, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

LEO D. PLOTKIN
JOHN P. MERTENS
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations


By:   /s/ John P. Mertens
          JOHN P. MERTENS
Attorneys for Plaintiff HSBC Bank USA,
National Association, as Indenture Trustee
for the benefit of the Noteholders and the
Certificateholders of Business Loan
Express Business Loan Trust 2005-A

25996