LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049
Telephone:   (310) 471-3000
Facsimile:    (310) 471-7990

Attorneys for Plaintiff HSBC Bank USA,
National Association, as Indenture Trustee
for the benefit of the Noteholders and the
Certificateholders of Business Loan
Express Business Loan Trust 2005-A

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A,<br><br>Plaintiff,<br><br>vs.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:09-CV-02356-WBS-EFB<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br><br>Date:         September 10, 2012<br>Time:        2:00 p.m.<br>Courtroom: 5 |

# ORDER

The Court having considered the Request to Seal Documents submitted by plaintiff HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A ("Plaintiff"), the Declaration of Susan Branch, and the papers, pleadings and documents on file in this action, and good cause appearing therefor.

IT IS HEREBY ORDERED that:

1. The Settlement Agreement shall be filed under seal;
2. The Amended and Restated Promissory Note shall be filed under seal;
3. The Appendix of Confidential Information shall be filed under seal.

This Order shall be subject to reconsideration upon the motion of any party to this action or any interested third-party.

Dated: August 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

LEO D. PLOTKIN
JOHN P. MERTENS
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations


By_____
      LEO D. PLOTKIN
Attorneys for Plaintiff
HSBC Bank USA, National Association,
as Indenture Trustee for the benefit of
the Noteholders and the
Certificateholders of Business Loan
Express Business Loan Trust 2005-A

28656

# PROOF OF SERVICE

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California  90049.

     On August 27, 2012, I served the foregoing document entitled **[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS** on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

Jeffrey S. Kravitz, Esq.
KRAVITZ LAW OFFICE
2310 J. Street, Suite A
Sacramento, CA 95816
Kravitzlaw@aol.com

     ☒    (By Email) I had such document electronically submitted pursuant to the email addresses attached on the service list with no system administrator error returned.

2

☒ (**Federal**) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed August 27, 2012 at Los Angeles, California.

/s/ Heidi Gray
Heidi Gray