LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049-1633
Telephone:  (310) 471-3000
Facsimile:   (310) 471-7990
lplotkin@lsl-la.com / jmertens@lsl-la.com

Attorneys for Plaintiff HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:09-cv-02356-WBS-EFB<br><br>**STIPULATION TO CONTINUE HEARINGS ON MOTIONS BY HSBC BANK, NA AND US SMALL BUSINESS ADMINISTRATION; [~~PROPOSED~~] ORDER THEREON** |

This Stipulation is entered into by and between plaintiff HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A ("HSBC as Trustee"), successor in interest to BLX Capital, LLC ("BLX"), the United States Small Business Administration ("SBA"), and defendants Dara Petroleum, Inc. dba Watt Avenue Exxon, Sarbjit S. Kang, Narges Eghtesadi (collectively the "Obligors"), by and through their respective counsel of record, as follows:

1. A hearing is set for October 9, 2012 on HSBC as Trustee's Motion to Amend the Judgment ("HSBC Motion").
2. A hearing is set for October 9, 2012 on SBA's Motion to Vacate Judgment ("SBA Motion").
3. The parties are engaged in settlement discussions with the anticipated result of entering into a stipulation to resolve these motions. The parties desire additional time to complete discussions prior to the motion hearings.

NOW, THEREFORE, IT IS STIPULATED as follows:

With the consent of the Court, the hearings on the HSBC Motion and the SBA Motion shall be continued pursuant to Local Rule 230 (f) to November 5, 2012 at 2:00 p.m. or to at time thereafter as determined by the Court.

1

| | | |
|---|---|---|
| 1 | DATED: September 25, 2012 | LEO D. PLOTKIN<br>JOHN P. MERTENS<br>LEVY, SMALL & LALLAS<br>A Partnership Including Professional Corporations |

By: /s/ John P. Mertens
    JOHN P. MERTENS
    Attorneys for Plaintiff
    HSBC Bank USA

DATED:   September 25, 2012    JEFFREY S. KRAVITZ
    KRAVITZ LAW OFFICE

By:  /s/ Jeffrey Kravitz
    JEFFREY KRAVITZ
Attorneys for Defendants
DARA PETROLEUM, INC., S. KANG, N. EGHTESADI

DATED:   September 25, 2012    BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Bobbie J. Montoya
    BOBBIE J. MONTOYA
Assistant US Attorney
Attorneys for the United States of America

2

## ORDER

Good cause appearing and the parties having so stipulated, IT IS HEREBY ORDERED that the hearings set for October 9, 2012 at 2:00 p.m. in this Courtroom shall be continued to November 5, 2012 at 2:00 p.m..

Dated: September 25, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE