Eric S. Pezold (SBN 255657)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
epezold@swlaw.com

Attorneys for Plaintiff HSBC Bank USA,
National Association, as Indenture Trustee
For the benefit of the Noteholders and the
Certificateholder of Business Loan
Express Business Loan Trust 2005-A

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK, USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A,<br><br>        Plaintiff,<br>vs.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; SARBJIT S. KANG, and individual; NARGES EGHTESADI, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States Government Agency; and DOES 1 through 20, inclusive,<br><br>        Defendant. | Case No. 2:09-CV-02356-WBS-EFB<br><br>**STIPULATION TO CONTINUE HEARINGS ON MOTIONS BY HSBC BANK, NA AND US SMALL BUSINESS ADMINISTRATION; [PROPOSED]ORDER THEREON** |

16051626

This Stipulation is entered into by and between plaintiff HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A ("HSBC as Trustee"), successor in interest to BLX Capital, LLC ("BLX"), the United States Small Business Administration ("SBA"), and defendants Dara Petroleum, inc. dba Watt Avenue Exxon, Sarbjit S. Kang, Narges Eghtesadi (Collectively the "Obligors"), by and through their respective counsel of record, as follows:

1. A hearing is set for November 5, 2012 on HSBC as Trustee's Motion to Amend the Judgment ("HSBC Motion").

2. A hearing is set for November 5, 2012 on SBA's Motion to Vacate Judgment ("SBA Motion").

3. The parties are engaged in settlement discussions with the anticipated result of entering into a stipulation to resolve their motions. The parties desire additional time to complete discussions prior to the motion hearings.

NOW, THEREFORE, IT IS STIPULATED AS FOLLOWS:

With the consent of the Court, the hearings on the HSBC Motion and the SBA Motion shall be continued pursuant to Local Rule 230(F) to December 17, 2012 at 2:00 p.m. or to a time thereafter as determined by the Court.

| | | |
|---|---|---|
| 1 | Dated:  October 26, 2012 | Eric S. Pezold<br>SNELL & WILMER L.L.P. |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Eric S. Pezold |
| 5 | |     Eric S. Pezold (#255657)<br>    Attorneys for Plaintiff |
| 6 | |     HSBC Bank USA |
| 7 | | |
| 8 | | |
| 9 | Dated:  October 26, 2012 | JEFFREY S. KRAVITZ<br>KRAVITZ LAW OFFICE |
| 10 | | |
| 11 | | |
| 12 | | By: /s/ Jeffrey Kravitz |
| 13 | |     Jeffrey Kravitz<br>Attorneys for Defendants |
| 14 | | DARA PETROLEUM, INC., S. Kang,<br>N. EGHTESADI |
| 15 | | |
| 16 | | |
| 17 | Dated:  October 26, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| 18 | | |
| 19 | | |
| 20 | | By: /s/ Bobbie J. Montoya<br>    Bobbie J. Montoya |
| 21 | |     Assistant US Attorney |
| 22 | |     Attorney for the United State of<br>    America |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

- 3 -

16051626

# **ORDER**

Good cause appearing and the parties having so stipulated, IT IS HEREBY ORDERED that the hearings set for October 9, 2012 at 2:00 p.m. in this Courtroom shall be continued to **January 14, 2013, at 2:00 p.m.** All corresponding deadlines are continued and governed by Local Rule 230.

Dated:  October 26, 2012

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On October 26, 2012, I served, in the manner indicated below, the foregoing document described as **STIPULATION TO CONTINUE HEARINGS ON MOTIONS BY HSBC BANK, NA AND US SMALL BUSINESS ADMINISTRATION; [PROPOSED] ORDER THEREON** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Bobbie J Montoya<br>United States Attorney's Office<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | Jeffrey S. Kravitz, Esq.<br>2310 J. Street, Suite A<br>Sacramento, CA 95816 |

☒ BY U.S. MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)).

☐ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by personal service at the offices of the addressees. (C.C.P. § 1011(a)(b)).

********

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **October 26, 2012**, at Costa Mesa, California.

/s/ Dana Lewis
DANA LEWIS

16051626