1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10

11  HSBC BANK USA, National           NO. CIV. 2:09-2356 WBS EFB
    Association, as Indenture
12  Trustee for the benefit of the
    Noteholders and the              ORDER
13  Certificateholders of Business
    Loan Express Business Loan
14  Trust 2005-A,

15            Plaintiff,

16       v.

17  DARA PETROLEUM, INC. dba WATT
    AVENUE EXXON, a California
18  corporation; SARBJIT S. KANG,
    an individual; NARGES
19  EGHTESADI, an individual; U.S.
    SMALL BUSINESS ADMINISTRATION,
20  a United States government
    agency; and DOES 1 through 20,
21  inclusive,

22            Defendants,
    _____/
23
    AND RELATED CROSSCLAIMS AND
24  COUNTERCLAIMS.
    _____/
25

26

27            HSBC's motion to amend the court's January 17, 2012

28  Judgment of Foreclosure and Order of Sale, (Docket No. 83),

                               1

1  pursuant to Federal Rule of Civil Procedure 60(a), is hereby

2  GRANTED.   Counsel for HSBC shall submit a proposed judgment of

3  foreclosure and order of sale consistent with this Order within

4  30 days from the date of this Order.

5          IT IS SO ORDERED.

6  DATED:  January 15, 2013

7

8  _____
   WILLIAM B. SHUBB

9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2