UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A,<br><br>    Plaintiff,<br><br>  v.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>    Defendants,<br>_____/<br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS.<br>_____/ | NO. CIV. 2:09-2356 WBS EFB<br><br>ORDER |

        HSBC's motion to amend the court's January 17, 2012 Judgment of Foreclosure and Order of Sale, (Docket No. 83),

1

pursuant to Federal Rule of Civil Procedure 60(a), is hereby GRANTED.  Counsel for HSBC shall submit a proposed judgment of foreclosure and order of sale consistent with this Order within 30 days from the date of this Order.

        IT IS SO ORDERED.

DATED:  January 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2