Eric S. Pezold, Bar No. 255657
Brett H. Ramsaur, Bar No. 281566
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California  92626-7689
Telephone:     714.427.7000
Facsimile:      714.427.7799
Email:            epezold@swlaw.com
                    bramsaur@swlaw.com

Attorneys for Plaintiff
HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A,<br><br>    Plaintiff,<br><br>    v.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:09-CV-02356-WBS-EFB<br><br>**AMENDED JUDGMENT OF FORECLOSURE AND ORDER OF SALE** |

Pursuant to the (1) *Stipulation for Judgment of Foreclosure and Order of Sale* entered into by and between HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A ("Plaintiff" or "HSBC") and defendants Dara Petroleum, Inc. dba Watt Avenue Exxon ("Dara"), Sarbjit S. Kang ("Kang"), and Narges Eghtesadi ("Eghtesadi", and together with Dara and Kang, the "Defendants"); and (2) *Settlement Agreement Between Cross-*

16485204

AMENDED JUDGMENT OF
FORECLOSURE
AND ORDER OF SALE

*Plaintiff United States and Cross-Defendants Dara Petroleum, Inc. and Narges Eghtesadi* entered into by and between cross-plaintiff the United States of America (the "United States") and cross-defendants Dara and Eghtesadi,

**IT IS ORDERED** that:

1. HSBC shall have judgment against the Defendants, jointly and severally, as herein provided.

2. Defendants, and each of them, jointly and severally, are indebted to HSBC in the following sums:

    a. Principal, accrued interest, default interest, late fees, attorneys' fees and costs and other chargeable expenses incurred as of January 10, 2012, in the total amount of $985,776.75 ("Total Debt"), inclusive of $6,271.37 in late fees and $4,304.26 in increased default interest ("Accrued Third-Tier Debt");

    b. Interest accruing from and after January 10, 2012, at the daily rate of $263.64, inclusive of $107.61 in increased default interest (together with the Accrued Third-Tier Debt, the "Third-Tier Debt"), through the date of entry of this Judgment;

    c. Actual costs of foreclosure and sale hereunder; and

    d. Interest on the amounts set forth in subparagraphs (a) through (c) above at the rate of ten percent (10%) per annum from the date of entry of the judgment.

3. The real and personal property hereinafter described may be sold in the manner prescribed by law, and the Order of Sale will issue to the sheriff of the County of Sacramento, United States Marshals or any other person authorized by law or this Court to conduct such sale (the "Foreclosing Agent"), ordering and directing him or her to conduct such sale.

4. From the proceeds of the sale, the Foreclosing Agent shall pay to HSBC, after deducting the actual costs and expenses of the sale, the Total Debt and other sums adjudged due less the Third-Tier Debt (and post-judgment interest upon the third-Tier Debt).

5. The following property is the subject of this judgment of foreclosure:

    a. Dara's interest in certain real property commonly known as 3449 El Camino Avenue, Sacramento, California 95821 (the "Property"), together with all buildings and improvements thereon, including the fixtures, attachments, appliances, equipment, machinery and other articles attached thereto and Dara's personal property and other assets associated with the Property (the "Collateral").

    b. The Property is legally described as follows:

16485204

Snell & Wilmer
Attorneys at Law
Orange County

- 2 -

AMENDED JUDGMENT OF
FORECLOSURE
AND ORDER OF SALE

PARCEL 1:

The South 200 feet of the East 250 feet of Lot 245 of Del Paso Park View Tract No. 2 according to the official plat thereof, filed in the office of the Recorder of Sacramento County, California, on June 7,1913, in Book 14 of Maps, Map No. 33.
The Subdivision of said Lot 245 being made on the basis that the lot area included one-half of the adjoining roads.

PARCEL 2:

The North 10482 feet of the South 304.82 feet of the East 250 feet of Lot *245* of Del Paso View Tract No- 2, according to the official plat thereof filed in the office of the County Recorder of Sacramento County, California on June 7,1913, in Book 14 of Maps, at page *33*.

EXCEPTING THEREFROM that portion thereof lying within that certain parcel described in the "Certification of Compliance-Lawful Parcel" issued by the County Surveyor of Sacramento County, dated September 14, 1988, and recorded September 16, 1988, in Book 880916, page 1001, Official Records, more particularly described as follows:

Beginning at a point on the East line of said Lot 245 and the center line of Waft Avenue, located North 01 degrees 45 minutes 30 seconds West 230.00 feet from the Southeast corner of said Lot 245 said Southeast corner being the intersection of the center lines of Waft Avenue and El Camino Avenue, as shown on said plat, thence from said point of beginning parallel with the South line of Lot 245, South 89 degrees 02 minutes 30 seconds West 250~00 feet; thence parallel with the East line of said Lot 245, North 01 degrees 46 minutes 30 seconds West 74.82 feet; thence parallel with the South line of said Lot 245 North 89 degrees 02 minutes 30 seconds East 250~00 feet to the East line of said Lot 245 arid the center line of said Watt Avenue; thence along said East line South 01 degrees 46 minutes 30 seconds East 74.82 feet to the point of beginning.

The subdivision of said Lot 245 being made on the basis that the lot
area included one-half of the adjoining road.

6.   If any surplus remains after making the payments specified in paragraph 4, above, the surplus shall be distributed: i) first to the United States Small Business Administration ("SBA") in satisfaction of the Judgment entered in favor of the SBA in this action on January 10, 2011; ii) second to Plaintiff in the amount of the Third-Tier Debt (and post-judgment interest thereon); and iii) third to Dara.

7.   The Court shall retain jurisdiction to determine the amount of any deficiency after the sale, in accordance with section 726(b) of the California Code of Civil Procedure, and to enter a deficiency judgment against the Defendants, jointly and severally, which shall reflect the amount so determined.

8.   Having sold any and all rights of redemption with respect to the Property and Collateral (or any part of it) to HSBC, Defendants, and each of them, are forever barred from any right of redemption. At the time of the sale, upon HSBC's surrender to the Foreclosing Agent of the rights of redemption purchased by HSBC from Defendants, the Foreclosing Agent may immediately execute a deed of sale to the purchaser, who may then take possession of the Property and Collateral, or the part thereof so purchased, if necessary with the assistance of the

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY

16485204

- 3 -

AMENDED JUDGMENT OF
FORECLOSURE
AND ORDER OF SALE

Foreclosing Agent.

9.      Defendants, and all persons claiming from or under them, or any one or more of them, and all persons having liens subsequent to those of HSBC by judgment or decree on the Property and Collateral (or any part of it), and their personal representatives, and all persons having any lien or claim by or under such subsequent judgment or decree, and their heirs or personal representatives, and all persons claiming to have acquired any estate or interest in the Property and Collateral (or any part of it) subsequent to the recording of the notice of pendency of this action with the Sacramento County Recorder, are forever barred and foreclosed from all equity of redemption in and claim to the Property and Collateral, and every part thereof, from and after delivery of the deed of sale by the Foreclosing Agent.

Dated:   January 29, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY

16485204

- 4 -

AMENDED JUDGMENT OF
FORECLOSURE
AND ORDER OF SALE

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On **January 25, 2013**, I served, in the manner indicated below, the foregoing document described as **AMENDED JUDGMENT OF FORECLOSURE AND ORDER OF SALE** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Bobbie J Montoya | Jeffrey S. Kravitz, Esq. |
| United States Attorney's Office | 2310 J. Street, Suite A |
| 501 I Street, Suite 10–100 | Sacramento, CA 95816 |
| Sacramento, CA 95814 | |

☒ **BY U.S. MAIL:** I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☒ **BY ELECTRONIC TRANSMISSION:** The following parties were served electronically by the Court:

| | |
|---|---|
| Bobbie Montoya | bobbie.montoya@usdoj.gov, |
| Janet Bain | janet.bain@usdoj.gov |
| Karen G. Clark | karen.g.clark@usdoj.gov, |
| Monica Lee | monica.lee@usdoj.gov |
| USA CAE | usacae.ecfsaccv@usdoj.gov |
| Jeffrey S. Kravitz | kravitzlaw@aol.com |
| John Phillip Mertens | jmertens@lsl-la.com |
| Leo D. Plotkin | lplotkin@lsl-la.com, hpetrilli@lsl-la.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 25, 2013**, at Costa Mesa, California.

/s/ Dana Lewis
DANA LEWIS