Eric S. Pezold, Bar No. 255657
Brett H. Ramsaur, Bar No. 281566
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:   714.427.7000
Facsimile:   714.427.7799
Email:       epezold@swlaw.com
             bramsaur@swlaw.com

Attorneys for Plaintiff
HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A,<br><br>Plaintiff,<br><br>v.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09-CV-02356-WBS-EFB<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S APPLICATION FOR (1) ORDER APPOINTING A RECEIVER AND (2) PRELIMINARY INJUNCTION IN AID OF RECEIVER**<br><br>Date:        April 21, 2014<br>Time:        2:00 p.m.<br>Courtroom:   5<br>Judge:       Hon. William B. Shubb |

Having considered the stipulation by and between HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A ("Plaintiff") and Dara Petroleum Inc. dba Watt Avenue Exxon ("Dara"), Sarbjit S. Kang ("Kang") and Narges Eghtesadi ("Eghtesadi") (collectively, the "Dara Defendants") to continue the hearing on that certain *Application for (1) Order Appointing a Receiver and (2) Preliminary Injunction in Aid of Receiver* (the

SNELL & WILMER
L.L.P.
ORANGE COUNTY

19151289

ORDER APPROVING STIPULATION
TO CONTINUE HEARING

"Application") currently set for April 21, 2014, to **May 5, 2014, at 2:00 p.m.**, and good cause appearing,

**IT IS ORDERED** that the Stipulation is approved.

**IT IS FURTHER ORDERED** that the hearing on the Application shall be continued to May 5, 2014, at 2:00 p.m. in Courtroom 5 of the above-entitled court located at 501 I Street, Sacramento, California 95814.

Dated: April 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY

19151289

- 2 -

ORDER APPROVING STIPULATION
TO CONTINUE HEARING