# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:09-CV-02356-WBS-EFB<br><br>**ORDER REJECTING STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S APPLICATION FOR (1) ORDER APPOINTING A RECEIVER AND (2) PRELIMINARY INJUNCTION IN AID OF RECEIVER** |

　　　The stipulation by and between HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A ("Plaintiff") and Dara Petroleum Inc. dba Watt Avenue Exxon ("Dara"), Sarbjit S. Kang ("Kang") and Narges Eghtesadi ("Eghtesadi") (collectively, the "Dara Defendants") to continue the hearing on that certain *Application for (1) Order Appointing a Receiver and (2) Preliminary Injunction in Aid of Receiver* (the "Application") currently set for May 5, 2014, to June 2, 2014, at 2:00 p.m., is REJECTED.  In a separate order, the court has

SNELL & WILMER
L.L.P.
ORANGE COUNTY

C:\Users\merklew\Desktop\HSBC_Watt Avenue Exxon - Order Approving Stipulation to Continue Hearing on Motion

ORDER APPROVING STIPULATION
TO CONTINUE HEARING

entered an order granting the motion for appointment of a post-judgment receiver and for a preliminary injunction in aid of receivership, and has appointed Kevin Singer of Receivership Specialists as receiver.

Dated:  May 2, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY

C:\Users\merklew\Desktop\HSBC_Watt Avenue Exxon -
Order Approving Stipulation to Continue Hearing on Motion

- 2 -

ORDER APPROVING STIPULATION
TO CONTINUE HEARING