KEVIN SINGER
FEDERAL COURT RECEIVER
RECEIVERSHIP SPECIALISTS
980 9th Street, 16th Floor
Sacramento, CA 95814
TELEPHONE (916) 449-9655
FACSIMILE (916) 446-7104
E-mail: Kevin@ReceivershipSpecialists.com

Federal Court Receiver

Property: Gas Station
3499 El Camino Avenue
Sacramento, CA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Note holders and the Certificate holders of Business Loan Express Business Loan Trust 2005-A,<br><br>Plaintiff,<br><br>vs.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California Corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; U.S. SMALL BUSINESS ADMINSTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:09-CV-2356- WBS –EFB<br><br>ORDER AMENDING THE COURT'S ORDER APPOINTING THE RECEIVER TO ORDER THE SALE OF THE PROPERTY PURSUANT TO C.C.P. § 701.540 TO 701.670 AS OPPOSED TO C.C.P. § 729.010 TO 729.090 |

**Page 1**
_____
**[PROPOSED] ORDER**

1    Good cause appearing therefor, the Court's MEMORANDUM AND ORDER RE:
2    MOTION TO APPOINT RECEIVER; MOTION FOR PRELIMINAY INJUNCITON IN AID
3    OF RECEIVER issued May 2, 2014 is hereby AMENDED to order the sale of the Property
4    located 3449 El Camino Avenue, Sacramento, California to be sold pursuant to C.C.P. sections
5    701.540 to 701.670, as opposed to C.C.P. sections 729.010 TO 729.090.

Dated:  January 6, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE