UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| HSBC BANK USA, N.A., as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A,<br><br>             Plaintiff,<br><br>     v.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California Corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; UNITED STATES SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>             Defendants. | CIV. NO. 2:09-02356 WBS EFB<br><br>ORDER |

----oo0oo----

Stars Holding Co. LLC ("Stars"), Azad Amiri ("Amiri") and Sarbjit S. Kang ("Kang") are hereby ordered to personally appear in courtroom no. 5 on the 14th floor of the United States

1

1  Courthouse, 501 I Street, Sacramento, California, on June 29,
2  2015 at 2:00 p.m., to show cause why they should not be adjudged
3  in civil contempt for violation of this court's May 2, 2014
4  Order, (Docket No. 119).  The hearing on plaintiff's application
5  for issuance of an order to show cause, set for May 4, 2015, is
6  vacated.
7           IT IS FURTHER ORDERED that within 30 days from the date
8  this Order is signed, HSBC shall serve a copy of this Order to
9  Show Cause on non-parties Stars and Amiri in compliance with
10 Federal Rule of Civil Procedure 4(e) and file proof of service
11 with the court.
12 Dated:  April 22, 2015

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2