1  Eric S. Pezold, Bar No. 255657
   Brett H. Ramsaur, Bar No. 281566
2  SNELL & WILMER L.L.P.
   600 Anton Blvd, Suite 1400
3  Costa Mesa, California  92626-7689
   Telephone:    714.427.7000
4  Facsimile:    714.427.7799
   Email:        epezold@swlaw.com
5                bramsaur@swlaw.com

6  Attorneys for Plaintiff
   HSBC BANK USA, National Association, as Indenture
7  Trustee for the benefit of the Noteholders and the
   Certificateholders of Business Loan Express Business
8  Loan Trust 2005-A

9

                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

12

| | |
|---|---|
| 13  HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A, | Case No. 2:09-CV-02356-WBS-EFB |

13  HSBC BANK USA, National Association, as
   Indenture Trustee for the benefit of the
14 Noteholders and the Certificateholders of
   Business Loan Express Business Loan Trust
15 2005-A,

16               Plaintiff,

17          v.

18 DARA PETROLEUM, INC. dba WATT
   AVENUE EXXON, a California corporation;
19 SARBJIT S. KANG, an individual; NARGES
   EGHTESADI, an individual; U.S. SMALL
20 BUSINESS ADMINISTRATION, a United
   States government agency; and DOES 1
21 through 20, inclusive,

22               Defendants.

Case No. 2:09-CV-02356-WBS-EFB

**ORDER APPROVING EX PARTE
APPLICATION FOR EXTENSION OF
TIME TO SERVE NON-PARTIES
STARS HOLDING CO. LLC AND AZAD
AMIRI WITH THE ORDER TO SHOW
CAUSE DATED APRIL 22, 2015**

Date:      June 29, 2015
Time:      2:00 p.m.
Ctrm:      5

23          Having considered that certain *Ex Parte Application for Extension of Time to Serve Non-*

24 *parties Stars Holding Co. LLC and Azad Amiri with the Order to Show Cause Dated April 22,*

25 *2015* (the "Application") filed by HSBC Bank USA, National Association, as Indenture Trustee

26 for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business

27 Loan Trust 2005-A ("HSBC"), the record in this case, and good cause appearing,

28          **IT IS ORDERED** that the Application is approved.

SNELL & WILMER
——— L.L.P. ———
ORANGE COUNTY

21719363

1

2      **IT IS FURTHER ORDERED** that HSBC shall have an additional two (2) weeks, up to

3   and including June 5, 2015, within which to serve Stars and Amiri with the order in compliance

4   with Federal Rule of Civil Procedure 4(e) and file proof of service with the Court.   The Order to

5   Show Cause Re Contempt as to Stars Holding Co. LLC, Azad Amiri and Sarbjit S. Kang hearing

6   now set for June 29, 2015 is continued to July 13, 2015 at 2:00 p.m.

7

8
    Dated:  May 26, 2015
9

10                                                    _____
                                                    WILLIAM B. SHUBB
11                                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY

21719363

- 2 -

ORDER APPROVING EX PARTE
APPLICATION TO EXTEND TIME