Eric S. Pezold, Bar No. 255657
Brett H. Ramsaur, Bar No. 281566
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California  92626-7689
Telephone:     714.427.7000
Facsimile:      714.427.7799
Email:            epezold@swlaw.com
                     bramsaur@swlaw.com

Attorneys for Plaintiff
HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A,<br><br>Plaintiff,<br><br>v.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09-CV-02356-WBS-EFB<br><br>**ORDER APPROVING EX PARTE APPLICATION FOR SECOND EXTENSION OF TIME TO SERVE NON-PARTIES STARS HOLDING CO. LLC AND AZAD AMIRI WITH THE ORDER TO SHOW CAUSE DATED APRIL 22, 2015**<br><br>Date:       July 13, 2015<br>Time:      2:00 p.m.<br>Ctrm:      5 |

Having considered that certain *Ex Parte Application for Second Extension of Time to Serve Non-parties Stars Holding Co. LLC and Azad Amiri with the Order to Show Cause Dated April 22, 2015* (the "Application") filed by HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders and the Certificateholders of Business Loan Express Business Loan Trust 2005-A ("HSBC"), the record in this case, and good cause appearing,

**IT IS ORDERED** that the Application is approved.

21804827

ORDER APPROVING EX PARTE
APPLICATION TO EXTEND TIME

1  **IT IS FURTHER ORDERED** that HSBC shall have an additional four (4) weeks, up to
2  and including July 3, 2015, within which to serve Stars and Amiri with the order in compliance
3  with Federal Rule of Civil Procedure 4(e) and file proof of service with the Court.
4  **IT IS FURTHER ORDERED** that the hearing on the order to show cause shall be
5  continued to August 10, 2015, at 2:00 p.m.

Dated:  June 8, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY

21804827

- 2 -

ORDER APPROVING EX PARTE
APPLICATION TO EXTEND TIME