KEVIN SINGER
FEDERAL COURT RECEIVER
RECEIVERSHIP SPECIALISTS
980 9th Street, 16th Floor
Sacramento, CA 95814
TELEPHONE (916) 449-9655
FACSIMILE (916) 446-7104
E-mail: Kevin@ReceivershipSpecialists.com

Federal Court Receiver
Property: Gas Station
3499 El Camino Avenue
Sacramento, CA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HSBC BANK USA, National Association, as Indenture Trustee for the benefit of the Note holders and the Certificate holders of Business Loan Express Business Loan Trust 2005-A,<br><br>Plaintiff,<br><br>vs.<br><br>DARA PETROLEUM, INC. dba WATT AVENUE EXXON, a California Corporation; SARBJIT S. KANG, an individual; NARGES EGHTESADI, an individual; U.S. SMALL BUSINESS ADMINSTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:09-CV-02356- WBS -EFB<br><br>ORDER:<br><br>RECEIVER'S NOTICE OF MOTION AND MOTION FOR ORDER:<br><br>1) Approving and Settling Receiver's Final Report and Accounting;<br>2) Approving Final Compensation and Reimbursement of Expenses of Receiver;<br>3) Exonerating All Bonds;<br>4) Retaining Jurisdiction regarding this Receivership<br><br>Memorandum of Points and Authorities and Declaration of Kevin Singer in Support Thereof |

TO: THE PLANTIFF, DEFENDANTS, INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

The Receiver's RECEIVER'S NOTICE OF MOTION AND MOTION FOR ORDER: 1) Approving and Settling Receiver's Final Report and Accounting; 2) Approving Final Compensation and Reimbursement of Expenses of Receiver; 3) Exonerating All Bonds; 4) Retaining Jurisdiction regarding this Receivership; Memorandum of Points and Authorities and Declaration of Kevin Singer in Support Thereof came before this Court for hearing on September 5, 2017 in Dept. 5 of the United States District Court – Eastern District of California. Appearances were as noted in the record at the time of the hearing. The Court, having reviewed the motion, reviewed any other pleadings and/or documents submitted in support or opposition to the motion, heard oral argument at the time of the hearing, and good cause appearing therefore:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court approves and settles Receiver's Final Accounting and Report as presented.

2. The Court approves Receiver's fees and expenses for services rendered from May 2, 2014, through this hearing, with fees in the amount of $153,670.00 and expenses in the amount of $7,966.62.

3. If supplemental pleadings are later submitted, the Court will consider approving fees and expenses Receiver submits to the Court in such supplemental pleadings.

4. The Court orders Receiver to pay himself his total outstanding fees and expenses in the amount of $5,017.50 from the funds in the Receivership Estate trust accounts.

5. The Court instructs Receiver to pay the net balance of funds in the Receivership Estate trust accounts (after Receiver pays himself his outstanding fees and expenses) in the total amount of $11,533.20 to Manpreet Singh and Randip S. Manrao as Trustee of the Manrao Family Trust.

6. The Court exonerates all bonds posted herein by Receiver and/or the Plaintiff.

7. The Court retains jurisdiction over any matters or claims which may later arise concerning this Receivership Estate.

8. The Court discharges Receiver and terminates the Receivership; and

Dated: September 5, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE